

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00162-CV

**IN THE INTEREST OF D.I.P.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02336
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court